UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY HARDYAL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>US BANK NATIONAL ASSOCIATION, et al.,<br><br>    Defendants. | C17-1416 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The parties are ORDERED to show cause by December 22, 2017, why this action should not be dismissed for failing to comply with the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement signed on September 28, 2017, docket no. 6. Absent a timely response to this Minute Order, this action shall be DISMISSED without prejudice.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 7th day of December, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 1