UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRACY HARDYAL, et al.

        Plaintiffs,

  v.

US BANK NATIONAL ASSOCIATION, et al.,

        Defendants.

C17-1416 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The unopposed motion to withdraw as counsel, docket no. 10, brought by the Dickson Law Group, PS on behalf of AnneMarie M. McDowell, is GRANTED.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of December, 2017.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1