# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

TRACY HARDYAL, et al.,

　　　　Plaintiffs,

v.

US BANK NATIONAL ASSOCIATION, et al.,

　　　　Defendants.

C17-1416 TSZ

MINUTE ORDER

　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　(1)　The unopposed motion to withdraw as counsel brought by Daniel J. Frohlich and Thomas Dickson of Dickson Frohlich, docket no. 20, is GRANTED. Daniel J. Frohlich, Thomas Dickson, and Dickson Frohlich, are hereby granted leave to withdraw as counsel of record for Plaintiffs Tracy Hardyal and Frank Lopa (collectively, "Plaintiffs"), effective immediately. If Plaintiffs wish to be represented by counsel, they shall arrange for an attorney authorized to practice in this Court to file a notice of appearance on or before February 9, 2018. Absent timely filing of a notice of appearance, the Court will deem Plaintiffs as proceeding pro se in this litigation.

　　(2)　Plaintiffs are advised that, if they proceed pro se, they will have an obligation to keep the Court apprised of their contact information and to provide the Court with any change of address. Plaintiffs are also advised that, if they proceed pro se, they are expected to comply with the rules and orders of this Court and that they will be held to the same standards as lawyers authorized to practice before this Court.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record, and to Plaintiffs pro se, via certified mail return receipt requested, at 283 Nugent Street, Staten Island, NY 10306.

Dated this 16th day of January, 2018.

William M. McCool<br>
Clerk

s/Karen Dews<br>
Deputy Clerk

MINUTE ORDER - 2