UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRACY HARDYAL, FRANK LOPA,

        Plaintiffs,

   v.

US BANK NATIONAL ASSOCIATION, et al.,

        Defendants.

C17-1416 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)     Defendant U.S. Bank National Association, as Trustee's Motion to Dismiss, docket no. 25, is STRICKEN as moot. The Motion asks the Court to dismiss Plaintiffs' original complaint to quiet title, *see* docket no. 1-1, under Federal Rule of Civil Procedure 12(b)(6). The Motion's primary argument is that Plaintiffs failed to adequately allege that the debt underlying this dispute was accelerated in 2008. *See* Motion at 1–4. Plaintiffs subsequently filed a First Amended Complaint, docket no. 27 (the "First Amended Complaint"), adding additional allegations and evidence concerning the alleged 2008 acceleration. *See* First Amended Complaint at ¶ 3.4, Exhibit 4 ("You are hereby notified that the beneficiary has elected to accelerate the loan described herein.").[1] The Court is satisfied that these additional allegations and evidence, along

---

[1] Exhibit 4 to the First Amended Complaint is a document entitled "Notice of Default" that Plaintiffs alleged to have received on February 13, 2008. *See* First Amended Complaint at ¶ 3.4. The Court may rely on a document to which the complaint refers if the document is central to the party's claims and its authenticity is not in question. *Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006). Here, the Complaint expressly refers to Exhibit 4, it is central to

MINUTE ORDER - 1

with the remaining changes in the First Amended Complaint, are sufficient to moot the pending Motion. *Oliver v. Alcoa, Inc.*, No. C16-0741JLR, 2016 WL 4734310, at *2 n.3 (W.D. Wash. Sept. 12, 2016).

  (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of May, 2018.

              William M. McCool
              Clerk

              s/Karen Dews
              Deputy Clerk

---

Plaintiffs' quiet title theory, and its authenticity is not in dispute. The Court can therefore rely on this document for purposes of resolving the instant Motion.