# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

TRACY HARDYAL, et al.,

        Plaintiffs,

  v.

US BANK NATIONAL ASSOCIATION,

        Defendant.

C17-1416 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Court has reviewed Plaintiffs' Motion for Summary Judgment, docket no. 35 (the "Motion"), and the corresponding papers. Each party is DIRECTED to file one supplemental brief, not to exceed ten (10) pages, on or before July 6, 2018, addressing: (a) whether any acceleration in 2008 was waived or abandoned as a result of the Forbearance Agreement and subsequent conduct, *see* Declaration of Sony Prudent in Support of Defendant's Response to Plaintiffs' Motion for Summary Judgment, docket no. 39, Exhibits 6–8; (b) whether the Court can rule on the waiver issue as a matter of law; (c) the application, if any, of *Equitable Life Leasing Corp. v. Cedarbrook, Inc.*, 52 Wn. App. 497, 501–02 (1988); and (d) if the debt was accelerated in 2008 and subsequently waived, what is the legal effect, if any, of the subsequent waiver. The Motion is RENOTED to July 6, 2018.

(2) The Court SETS oral argument on the Motion for July 20, 2018, at 10:00 a.m.

MINUTE ORDER - 1

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 27th day of June, 2018.

                                                William M. McCool
                                                Clerk

                                                s/Karen Dews
                                                Deputy Clerk