The Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRACY HARDYAL, FRANK LOPA,<br><br>           Plaintiffs,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, as Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee for Certificate Holders of Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2007-3 Trust; unknown DOE defendants 1 through 50 claiming an interest in subject property,<br><br>           Defendants. | Case No.: 2:17-01416 TSZ<br><br>PLAINTIFFS' SURREPLY TO DEFENDANT'S SUPPLEMENTAL BRIEF REGARDING ACCELERATION<br><br>NOTED ON MOTION CALENDAR:<br>July 6, 2018<br><br>ORAL ARGUMENT REQUESTED |

Plaintiffs hereby request the Court to strike and not consider Frank Lopa's bankruptcy documents attached to Defendant's Supplemental Brief in Opposition to Plaintiff's Motion for Summary Judgment (Dkt. #47), and any reference to or argument about the bankruptcy documents in the Supplemental Brief.

Defendant's submission of the bankruptcy documents violates the deadline imposed LCR 7(d)(3). Any evidence to be submitted by U.S. Bank for its opposition to Plaintiff's Motion for Summary Judgment was required to be filed no later than May 7, 2018, the

PLAINTIFFS' SURREPLY TO DEFENDANT'S
SUPPLEMENTAL BRIEF REGARDING
ACCELERATION - 1
(Case No. 2:17-01416 TSZ)

Berry&Beckett PLLP
1708 Bellevue Avenue
Seattle, WA  98122
(206) 441-5444 FAX (206) 838-6346


Monday before the original noting date of May 11, 2018. Timely submission of this additional evidence by U.S. Bank would have given Plaintiffs the ability to properly respond to it. As it is, the bankruptcy documents contain nothing that indicates that Mr. Lopa believed that the acceleration of the debt had been revoked or abandoned. Indeed, the documents show that as of the time of the bankruptcy filing, Mr. Lopa believed the debt owed to U.S. Bank's loan servicer, Ocwen, was $935,079 – the full amount of the debt, plus accrued interest. This is completely consistent with Mr. Lopa's belief that the 2008 acceleration had never been revoked or abandoned.

Additionally, Mr. Lopa's bankruptcy documents carry no weight as to what Ms. Hardyal believed about acceleration, as Ms. Hardyal was not a party to the bankruptcy. Because the documents were not submitted in compliance with LCR 7(d)(3) and are without relevance to the issue of acceleration and U.S. Bank's possible revocation of acceleration, the Court should not consider them

DATED THIS 12th day of July, 2018.

BERRY & BECKETT, PLLP

 /s/ Guy Beckett
Guy W. Beckett, WSBA #14939
Attorneys for Plaintiffs Hardyal
and Lopa

PLAINTIFFS' SURREPLY TO DEFENDANT'S
SUPPLEMENTAL BRIEF REGARDING
ACCELERATION - 2
(Case No. 2:17-01416 TSZ)

Berry & Beckett PLLP
1708 Bellevue Avenue
Seattle, WA 98122
(206) 441-5444 FAX (206) 838-6346