THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TRACY HARDYAL, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, as Trustee,<br><br>    Defendant. | No.: 2:17-01416-TSZ<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION |

THIS MATTER having come before the Court on Defendant U.S. Bank National Association, as Successor Trustee to Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Washington Mutual Mortgage Pass-through Certificates WMALT Series 2007-3 Trust's (the "Defendant") Motion for Reconsideration ("Reconsideration Motion") of this Court's July 20, 2018 ruling, which granted Plaintiffs' Motion for Summary Judgment. The Court has reviewed and considered the following:

    1.    Defendant's Reconsideration Motion and supporting materials;

    2.    Plaintiffs' Response and supporting materials, if any;

    3.    Defendant's Reply in support thereof, if any; and

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION
CASE NO. 2:17-01416-TSZ
PAGE - 1

HOUSER & ALLISON, APC
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

1    4. The parties' prior submissions in support of and in opposition to Plaintiffs'

2  Motion for Summary Judgment in this action.

3    Upon review and consideration of the evidence, the separate statements of each party,

4  and the authorities and motions submitted, the Court hereby ORDERS that:

5    1. Defendant's Reconsideration Motion is GRANTED; and

6    2. Plaintiffs' Motion for Summary Judgment is hereby DENIED.

7    Signed the ____ day of _____, 2018.

8

9               The Honorable Thomas S. Zilly

Presented by:

10

**HOUSER & ALLISON, APC**

11

12  By: *s/ Ryan S. Moore*
  Robert W. Norman, Jr. (WSBA 37094)
13    rnorman@houser-law.com
  Ryan S. Moore (WSBA 50098)
14    rmoore@houser-law.com
  Attorneys for U.S. Bank National
15    Association, as Successor Trustee to Bank
  of America, National Association as
16    successor by merger to LaSalle Bank
  National Association, as Trustee for
17    Washington Mutual Mortgage Pass-through
  Certificates WMALT Series 2007-3 Trust
18

19

20

21

22

23

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION
CASE NO. 2:17-01416-TSZ
PAGE - 2

HOUSER & ALLISON, APC
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839

**DECLARATION OF SERVICE**

I the undersigned declares as follows: I am over the age of 18 years and am not a party to this action. On July 26, 2018, I served the foregoing document(s): [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION in the manner described below:

| | |
|---|---|
| Guy W. Beckett<br>Berry & Beckett, PLLP<br>1708 Bellevue Avenue<br>Seattle, WA 98122<br>gbeckett@beckettlaw.com<br>*Counsel for Plaintiffs Lopa and Hardyal* | ☒ CM/ECF<br>☐ UPS Overnight<br>☐ UPS 2 Day Shipping<br>☐ E-mail (to avoid delay)<br>☐ Courier |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 26, 2018

                                            *s/ Shawn Williams*
                                            Shawn Williams

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION
CASE NO. 2:17-01416-TSZ
PAGE NO. 1

HOUSER & ALLISON, APC
600 University St., Ste. 1708
Seattle, WA 98101
PH: (206) 596-7838
FAX: (206) 596-7839