# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

TRACY HARDYAL, et al.,

    Plaintiffs,

v.

US BANK NATIONAL ASSOCIATION, as Trustee, et al.,

    Defendants.

C17-1416 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Defendant U.S. Bank National Association, as Trustee's ("Defendant") motion for reconsideration, docket no. 54 (the "Motion"), is RENOTED to Friday, August 17, 2018. Plaintiffs are DIRECTED to file a response to the Motion on or before Monday, August 13, 2018. In connection with the motion to reconsider, the Court will consider the Moore declaration and the attached exhibits, docket no. 55. Defendant may file a reply on or before the new noting date.

(2) On or before August 13, 2018, Plaintiffs are DIRECTED to notify the Court of the status of their claims against the remaining unknown Doe defendants in this lawsuit.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of July, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1