UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRACY HARDYAL,

        Plaintiff,

  v.

US BANK NATIONAL ASSOCIATION,

        Defendant.

C17-1416 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having received notice that the parties have scheduled mediation for Thursday, October 11, 2018, the Court RENOTES Defendant's motion for reconsideration, docket no. 54, to Friday, October 19, 2018. The parties are DIRECTED to notify the Court of the status of their mediation no later than Friday, October 19, 2018.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 31st day of August, 2018.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1