UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRACY HARDYAL,

               Plaintiff,

     v.

US BANK NATIONAL
ASSOCIATION,

               Defendant.

C17-1416 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    The trial date of December 3, 2018, and all related deadlines are hereby STRICKEN.  The Court will promptly reset the trial date, if appropriate, after it rules on the pending motion for reconsideration, docket no. 54.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 10th day of September, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk