The Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRACY HARDYAL, FRANK LOPA,

                Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION, as Successor Trustee to Bank of America, N.A. as Successor to LaSalle Bank, N.A. as Trustee for Certificate Holders of Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2007-3 Trust; unknown DOE defendants 1 through 50 claiming an interest in subject property,

                Defendants.

Case No. 2:17-01416 TSZ

ORDER DISMISSING CASE

This matter came on before the Court on the parties' joint stipulated motion for dismissal, docket no. 67. Now therefore, it is hereby ORDERED:

This action is dismissed with prejudice, without an award of attorney's fees, costs, or expenses to any party.

Dated: October 18, 2018.

_____
Thomas S. Zilly
United States District Judge

ORDER DISMISSING CASE – 1
(NO. 2:17-01416 TSZ)